1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net

6

7  Attorney for Plaintiff

8                     UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  JOSE GARCIA,                          )      No.  EDCV 11-01213 RZ
11                                        )
        Plaintiff,                        )      [PROPOSED] ORDER AWARDING
12                                        )      EAJA FEES
13      v.                                )
                                          )
14                                        )
    MICHAEL J. ASTRUE,                    )
15  Commissioner Of Social Security,      )
16                                        )
        Defendant.                        )
17  _____      )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of ONE
20
    THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($1,900.00) subject to the
21
    terms of the stipulation.
22
        DATE:  March 12, 2012   _____
23
                                HON. RALPH ZAREFSKY
24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                      -1-